UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

NATHEER ABDULLAH RAMO,    Civil No. 13-1233 (JRT/JJK)

                Plaintiff,

v.    **ORDER ADOPTING REPORT AND RECOMMENDATION**

CAROLYN COLVIN,
Acting Commissioner of Social Security
                Defendant,

_____

    Jeffrey R Hannig, **HANNIG LAW OFFICE, P.A.,** PO Box 2707, Fargo, ND 58108-2707, for plaintiff.

    Ana H Voss, **UNITED STATES ATTORNEY'S OFFICE**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated February 18, 2014. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (Doc. No. 13) is **GRANTED FOR REMAND**;

2. Defendant's Motion for Summary Judgment (Doc. No. 15) is **DENIED**;

3. The case is remanded pursuant to Sentence 4 of 42 U.S.C.

  § 405(g), for further proceedings consistent with this Opinion; and

4. The case is **DISMISSED WITH PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: March 6, 2014                    ____s/John R. Tunheim_____
at Minneapolis, Minnesota.                   JOHN R. TUNHEIM
                                         United States District Judge